UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(Eastern Division - Riverside)

| | |
|---|---|
| ALEJANDRO ODEH LARA, | Case No. 5:21-cv-01748-KK |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of SIX THOUSAND DOLLARS ($6000) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 12/21/22

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1-